IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: UNION TRUST PHILADELPHIA, LLC | : | MISCELLANEOUS ACTION |
| | : | |
| Debtor. | : | |
| | : | |
| UNION TRUST PHILADELPHIA, LLC, | : | NO. 11-141 |
| | : | |
| Plaintiff/Appellee, | : | |
| | : | |
| v. | : | |
| | : | |
| SINGER EQUIPMENT COMPANY, INC., | : | |
| | : | |
| Defendant/Appellant, | : | |
| | : | |
| SUNLIGHT ELECTRICAL CONTRACTING COMPANY, INC. AND THOMAS MACKIN, | : | |
| | : | |
| Other Defendants. | : | |

## ORDER

AND NOW, on this 2nd day of August, 2011, upon careful consideration of Defendant/Appellant's Motion for Stay Pending Appeal (ECF No. 1), the parties' briefing and supplemental memoranda of law, and after a hearing on the Motion, and for the reasons in the accompanying Memorandum on Motion for Stay Pending Appeal, it is hereby ORDERED that Defendant/Appellant's Motion is DENIED.

BY THE COURT:

s/Michael M. Baylson

_____
Michael M. Baylson, U.S.D.J.

O:\Todd\11-141 In re Union Trust\Union Trust - Motion for Stay Order.wpd