IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: UNION TRUST PHILADELPHIA, LLC | : | CIVIL ACTION |
| Debtor. | : | NO. 11-4580 |
| UNION TRUST PHILADELPHIA, LLC, | : | MISCELLANEOUS ACTION |
| Plaintiff/Appellee, | : | NO. 11-141 |
| v. | : | |
| SINGER EQUIPMENT COMPANY, INC., | : | |
| Defendant/Appellant, | : | |
| SUNLIGHT ELECTRICAL CONTRACTING COMPANY, INC. AND THOMAS MACKIN, | : | |
| Other Defendants. | : | |

**ORDER**

AND NOW, on this 3rd day of November, 2011, for the reasons in the accompanying Memorandum re: Appeal of Bankruptcy Court Order, it is hereby ORDERED that the decision of the Bankruptcy Court to extend the protections of the 11 U.S.C. § 362(a) automatic stay to third-party non-debtors Joseph Grasso ("Grasso") and Garrett Miller ("Miller"), and to issue a preliminary injunction, pursuant to 11 U.S.C. § 105(a), enjoining state proceedings against Grasso and Miller, is AFFIRMED.

BY THE COURT:

s/Michael M. Baylson

_____
Michael M. Baylson, U.S.D.J.

O:\Josh\11-4580 In re Union Trust\Order re Appeal.wpd